IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

        Plaintiff,

v.

BOUGHTON, et al.

        Respondents.

ORDER

Case No.  17-cv-52-jdp

On February 14, 2017, plaintiff Carlos Lindsey was assessed $0.48 as initial partial payments of the $350 filing fee for this case.  On February 27, 2017, the court received from plaintiff a check in the amount of $0.25, along with a letter indicating that plaintiff has no money available in his regular account and only has $0.25 available in his release account. Dkt. #6.  I construe plaintiff's letter as a request that the court accept the $0.25 payment as the initial partial payment this case.  Plaintiff's request will be granted.

The court will accept the $0.25 amount as the initial partial payment in this case and will proceed with screening of his complaint under 28 U.S.C. § 1915(A). Plaintiff should be aware that he still owes the full $350 fee for filing this case, and that the remaining balance of the $350 fee will be collected and sent to the court in installments of 20% of the preceding month's income in accordance with § 1915(b)(2).

ORDER

IT IS ORDERED that,

1.      Plaintiff Carlos Lindsey's $0.25 payment for case 17-cv-52-jdp is accepted as the initial partial payment of the $350 filing fee for filing this case.

2.      No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2).  Once the screening process is complete, a separate order will issue.


Entered this 28th day of February, 2017.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge